IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MYRTIS PAULO HART,

    Plaintiff,

vs.                                             No. CV 21-01105 KG/GJF

SEVEN-ELEVEN,
FEDERAL BUREAU OF INVESTIGATION,
CURRY COUNTY ADULT DETENTION CENTER,

    Defendants.

## JUDGMENT

THIS MATTER is before the Court under Fed. R. Civ. P. 41(b) on the Claim for Damage, Injury, or Death filed by Plaintiff Myrtis Paulo Hart (Doc. 1, Doc. 4 (redacted)) and the Court having entered its Memorandum Opinion and Order dismissing the case without prejudice,

IT IS ORDERED that JUDGMENT is entered and the Claim for Damage, Injury, or Death filed by Plaintiff Myrtis Paulo Hart (Doc. 1, Doc. 4 (redacted)) is DISMISSED without prejudice under Fed. R. Civ. P. 41(b).

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE